# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
KIM F. LEFEBVRE - CLERK

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | P.O. BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NY 13261-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax (315) 295-1655 |  |

REPLY: Albany

Date: Oct 17, 2013

Re: L&A Automotive Inc                                       Case No. 13-12544

Chapter 11

Gentlemen:

We are enclosing a copy of the petition(s) and schedules(s) or amendments to schedule(s) in the above entitled bankruptcy case(s).

Date: Oct 17, 2013

KIM F. LEFEBVRE
Clerk of Court
By: _____
Deputy Clerk

To:   [ ]   Internal Revenue Service
           P.O. Box 7346
           Philadelphia, PA 19101-7346

      [X]   U.S. Securities and Exchange Commission
           New York Regional Office
           3 World Financial Center
           New York, NY 10281

O:M110(04/04/2011)