# BARBARUOLO & WEISKOPF, P.C.
ATTORNEYS AT LAW

PAULA M. BARBARUOLO*
RICHARD H. WEISKOPF
JUSTIN D. MYERS

CARRIE A. SCHLEGEL, LEGAL ASSISTANT
APRIL BYERWALTERS, LEGAL ASSISTANT
LINDA J. DELMERICO, LEGAL ASSISTANT

*ALSO ADMITTED IN CONNECTICUT

November 12, 2013

U.S. Trustee's Office
74 Chapel Street
Albany, NY 12207

Re:   L & A Automotive Center, Inc.
      Case No. 13-12544

Gentlemen:

This letter will confirm that the Debtor's request to adjourn the Section 341 meeting from November 18, 2013 at 1:00 o'clock to Monday, November 25th at 11:00 A.M. has been approved by your office. Thank you for your consideration of this request, due to the difficulties that were incurred by the principal of the Debtor.

Very truly yours,

BARBARUOLO & WEISKOPF, P.C.

By: *(signature)*
RICHARD H. WEISKOPF
Email: rweiskopf@bwlawpc.com

RHW/rhw

12 Cornell Road  ♦  Latham  ♦  New York 12110  ♦  (518) 782-9100  ♦  Fax (518) 782-9101