UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
-----------------------------------------------------------X

In re:                                                                                                  Case No.: 13-12544

**L&A Automotive Center, Inc.,**                                                      Chapter 11

       *Debtor.*
-----------------------------------------------------------X

**Notice of Motion for the
United States Trustee's
Motion to Convert Case to Chapter 7,
Or in the alternative, to Dismiss Case**

**SIRS:**

    **PLEASE TAKE NOTICE,** that upon the annexed motion, Tracy Hope Davis, United States Trustee for Region 2 will move this Court before the Honorable Robert E. Littlefield, Jr., United States Bankruptcy Judge, in the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Albany, New York on **the 5th day of March, 2014 at 10:30 AM**, or as soon thereafter as counsel can be heard, why an order should not be entered converting this chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1112(b)(4) for "cause" including gross mismanagement of the estate, and for such further relief as the Court may deem just and proper.

    **Pursuant to Bankruptcy Rule 9014 and Local Bankruptcy Rule 9013-1, if you intend to oppose the motion, you must serve on the movant's counsel and file with the clerk of the bankruptcy court, written opposition to the motion not later than seven (7) days prior to the return date of this motion. In the event no written opposition is served and filed, no hearing on the motion will be held before the court on the return date, and the court will consider the motion as unopposed.**

Dated: Albany, New York                                   Respectfully submitted,
       February 10, 2014

                                                         WILLIAM K. HARRINGTON
                                                         UNITED STATES TRUSTEE
                                                         FOR REGION 2

                               By:       /s/      Kevin Purcell
                                                        Kevin Purcell
                                                        Trial Attorney
                                                        74 Chapel Street - Suite 200
                                                        Albany, NY 12207
                                                        Voice: (518) 434-4553
                                                        Fax:   (518) 434-4459
                                                        Email: kevin.j.purcell@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
------------------------------------------------------------X

In re:                                                                                                  Case No.: 13-12544

**L&A Automotive Center, Inc.,**                                                    Chapter 11

       *Debtor.*
------------------------------------------------------------X

# Certificate of Service

      The undersigned hereby certifies that he is an employee of the United States Trustee for the Northern District of New York and is a person of such age and discretion as to be competent to serve papers.

      That on February 10, 2014, he served a copy of the

**Notice of Motion &
United States Trustee's
Motion to Convert Case to Chapter 7,
Or in the alternative, to Dismiss Case**

by depositing said envelope and contents in an official depository of the United States Postal Service or Federal Express for those noted as by overnight courier, except that registered users that have consented to electronic service and notification through the Court's Electronic Case Filing System, have received an automatic transmission of the "Notice of Electronic Filing", which shall be considered equivalent to service of the pleading or other paper by first class mail, postage prepaid.

Date: February 10, 2014                                                                    /s/     Kevin Purcell
                                                                                                                             Kevin Purcell, Trial Attorney

Electronic Mail Notice List

U.S. Trustee    USTPRegion02.AL.ECF@USDOJ.GOV
Richard H. Weiskopf     rweiskopf@bwlawpc.com  abyerwalters@bwlawpc.com cschlegel@bwlawpc.com
jmyers@bwlawpc.com

Manual Notice List

L&A Automotive Center, Inc.
19 Maple Ave
Scotia, NY 12302