UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
IN RE:

**L&A AUTOMOTIVE CENTER, INC.,**

Debtor.

Bk. No. 13-12544

Chapter 11

----------------------------------------------------------

## APPLICATION FOR ORDER
## APPROVING RETENTION OF ACCOUNTANTS

TO:   UNITED STATES BANKRUPTCY COURT
      NORTHERN DISTRICT OF NEW YORK

LEWIS A. POLISINELLI, as President of the debtor-in-possession (the "debtor") and its attorneys, Barbaruolo & Weiskopf, PC, respectfully represent:

1. The debtor requires the assistance of accountants for the purpose of assisting in the preparation of financial reports, tax returns, aiding and assisting in financial analysis of the debtor for purposes of Disclosure and Plan preparation and such other needs as may be found to exist during the pendency of this proceeding.

2. The debtor wishes to retain Philip J. Mahar, CPA, PC, 1010 Anthony Drive, Schenectady NY, because of that CPA's reputation for competence and familiarity in these matters and due to the fact that the CPA has served the debtor prior to the application for relief and is fully familiar with the needs of the debtor.

3. Annexed hereto as Exhibit "A" is the Affidavit of Disinterestedness of Philip J. Mahar, CPA.

4. The debtor wishes to employ Philip J. Mahar, CPA, PC on a general retainer to be compensated at the rates set forth in the Affidavit of Philip J. Mahar, CPA which is annexed hereto as Exhibit "A".

5. Philip J. Mahar, CPA, PC does not have a pre-petition claim against the debtor (See Exhibit "A"). Upon information and belief, Philip J. Mahar, CPA, PC has no other connection with the debtor, his creditors or any other party in interest that would bar his employment as account for the debtor. That affidavit to that effect required by Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1 is annexed hereto as Exhibit "A".

6. The debtor requests that the application be approved as of the date of this application filed.

WHEREFORE, the debtor requests the entry of an Order authorizing the retention and employment of Philip J. Mahar, CPA, PC, as its accountant as of the date of this application is filed and for whatever other and further relief the Court might deem just and proper.

Dated: February 5, 2014

BARBARUOLO & WEISKOPF, LLP
Attorneys for Debtor

/Richard H. Weiskopf, Esq.
BARBARUOLO & WEISKOPF, LLP
12 Cornell Road
Latham, New York 12110
Telephone: (518) 782-9100

L&A Automotive Center, Inc.
BY: _____
Lewis A. Polsinelli, Debtor-in-Possession