United States Bankruptcy Court
Northern District of New York
All Divisions

### This Form Is To Be Used For Motion[1] Calendar Only.

Case Name: L&A Automotive Center Inc.

Case No.: 13-12544

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ____15____

    Reason for Adjournment Request: client needs more time to complete operating reports

    Original Return Date of Motion: March 5, 2014

    Number of prior adjournment request that have been made _none_

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: March 5, 2014

Requested Adjourned Hearing Date: March 26, 2014

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Richard H. Weiskopf        rweiskopf@bwlawpc.com
    Barbaruolo & Weiskopf, PC
    12 Cornell Road
    Latham, NY 12110

Consent of All Parties Obtained?    ☐ Yes  ☒ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

### This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)