B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Ler Autbmotive Corpe Inc_                    Case No. _13-12544_
  _Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _Nov. 2013_                    Date filed: _10-16-2013_

Line of Business: _Auto Repair_      NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Lewis A. Rohnelly, President_
Original Signature of Responsible Party

_Lewis A. Rohnellar President_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|     |                                                                                                  | Yes | No  |
| --- | ------------------------------------------------------------------------------------------------ | --- | --- |
| 1.  | IS THE BUSINESS STILL OPERATING?                                                                 | ☒   | ☐   |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                                 | ☒   | ☐   |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                              | ☒   | ☐   |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?           | ☒   | ☐   |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                     | ☒   | ☐   |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                     | ☒   | ☐   |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                         | ☒   | ☐   |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                      | ☒   | ☐   |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                               | ☒   | ☐   |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                       | ☐   | ☒   |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                       | ☐   | ☒   |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐   | ☒   |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                   | ☐   | ☒   |

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐ ☑

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐ ☑

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐ ☑

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐ ☑

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?   ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 19,896.10

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 293665

Cash on Hand at End of Month   $ 4190.59

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 4190.59

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 16,713.82

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 19,896.10

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 16,713.82

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 3,182.28

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ ___0___

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ ___0___

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?          ___5___

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?          ___6___

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?          $ ___0___

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?          $ ___0___

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?          $ ___0___

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?          $ ___0___

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

*Business Banking*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

ılı|ıl·ıl·ıl·ıl·ıl|||||·ıl·ıl·ıl|ıl·ıl·ıl·ıl·ıl||·ıl||ıl
AF         0   487 062 000 005003 #003 SP 0.634

L & A AUTOMOTIVE CENTER INC
19 MAPLE AVE
GLENVILLE, NY 12302-4613

))) Customer service: 1.888.852.5000

🖙 bankofamerica.com

🖃 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for November 1, 2013 to November 30, 2013                Account number: 0063 5113 0022

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2013 | $2,936.59 | # of deposits/credits: 11 | |
| Deposits and other credits | 19,896.10 | # of withdrawals/debits: 80 | |
| Withdrawals and other debits | -1,811.15 | # of days in cycle: 30 | |
| Checks | -16,713.82 | Average ledger balance: $1,101.16 | |
| Service fees | -117.13 | | |
| **Ending balance on November 30, 2013** | **$4,190.59** | | |

**A printable statement reconciliation page is available.** You can print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com. To have a copy mailed to you, call the client services number listed at the top of your statement.

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

**Change of address** - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

© 2013 Bank of America Corporation



Bank of America, N.A. Member FDIC and     Equal Housing Lender

# Bank of America

Your checking account

**L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 11/05/13 | Deposit | | 813003842628405 | 295.32 |
| 11/07/13 | Deposit | | 813004142470760 | 2,318.00 |
| 11/12/13 | Deposit | | 813003142037323 | 1,024.00 |
| 11/14/13 | Deposit | | 813003542433970 | 6,091.95 |
| 11/18/13 | Deposit | | 813003942546948 | 218.20 |
| 11/19/13 | Deposit | | 813004042628500 | 292.00 |
| 11/21/13 | Deposit | | 813003042259921 | 3,190.88 |
| 11/22/13 | Deposit | | 813003142217031 | 1,111.83 |
| 11/25/13 | Deposit | | 813004842557598 | 400.00 |
| 11/26/13 | Deposit | | 813003542385262 | 247.32 |
| 11/29/13 | Deposit | | 813003742864645 | 4,706.60 |

| **Total deposits and other credits** | | | | **$19,896.10** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 11/12/13 | TWC CHARLOTTE   DES:MTHLY SVC ID:202599390301001  INDN:L&A AUTO CO ID: XXXXXXXXX TEL | | 900616011060150 | -82.30 |
| 11/20/13 | MERCHANT INS GRP DES:INS PREM ID:BOPI070165  INDN:LA AUTOMOTIVE CENTER I CO ID:6160550140 CCD  PMT INFO:123112 | | 900623013396849 | -1,455.75 |
| 11/21/13 | RETURN ITEM CHARGEBACK | | 941111215101540 | -97.20 |

*continued on the next page*

Greater efficiency starts with an easy shift to web-based check deposits.

Bank of America
Merrill Lynch

Deposit checks electronically, right from your desktop, with Remote Deposit Service Online. Simply scan your checks using a bank-provided scanner to transmit the images and data to us online. Potential benefits may include faster access to cash with fewer trips to the bank.

bankofamerica.com/remotedepositservice



**L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013**

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|-------------------|----------------|--------|
| 11/21/13 | TWC CHARLOTTE   DES:MTHLY SVC ID:202599390301001 INDN:L&A AUTO CO ID: XXXXXXXX TEL | | 900624010402039 | -87.32 |
| 11/22/13 | ATT   DES:Payment   ID:XXXXXXXXXCSR1F INDN:LA Automotive Center   CO ID:9864031003 TEL | | 900626005981990 | -88.58 |

| **Total withdrawals and other debits** | | | | **-$1,811.15** |

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 11/12 | 35577 | 813005792125791 | -199.00 | 11/12 | 35847* | 813004742896837 | -360.14 |
| 11/06 | 35674* | 813009492645972 | -80.55 | 11/08 | 35848 | 813003042025852 | -481.13 |
| 11/01 | 35694* | 813008882393193 | -250.00 | 11/08 | 35849 | 813003042025847 | -388.68 |
| 11/13 | 35745* | 813008992082065 | -377.26 | 11/12 | 35850 | 813005692242091 | -99.13 |
| 11/01 | 35747* | 813008882393192 | -250.00 | 11/08 | 35851 | 813002112698642 | -473.90 |
| 11/01 | 35748 | 813006092746317 | -174.47 | 11/08 | 35852 | 813003042025851 | -273.42 |
| 11/07 | 35759* | 813005192389521 | -91.54 | 11/15 | 35853 | 813003742212005 | -307.44 |
| 11/01 | 35761* | 813006092782514 | -119.16 | 11/12 | 35854 | 813005792125790 | -239.00 |
| 11/01 | 35766* | 813006092368835 | -234.00 | 11/18 | 35855 | 813009792092165 | -120.00 |
| 11/08 | 35774* | 813003042025796 | -307.44 | 11/14 | 35856 | 813004192630919 | -269.23 |
| 11/01 | 35785* | 813008882393191 | -241.57 | 11/18 | 35857 | 813009892026814 | -195.85 |
| 11/19 | 35805* | 813004992136806 | -32.64 | 11/18 | 35858 | 813004692733666 | -128.87 |
| 11/04 | 35820* | 813004492869104 | -98.20 | 11/18 | 35859 | 813004692567079 | -113.22 |
| 11/14 | 35821 | 813009192379108 | -120.00 | 11/19 | 35860 | 813004892564732 | -105.00 |
| 11/04 | 35823* | 813008882487868 | -6.30 | 11/20 | 35863* | 813050092636376 | -40.65 |
| 11/05 | 35824 | 813003842057978 | -293.13 | 11/25 | 35866* | 813002312231153 | -473.90 |
| 11/18 | 35825 | 813003392760407 | -197.85 | 11/15 | 35868* | 813003742212000 | -388.68 |
| 11/19 | 35826 | 813008392034634 | -86.08 | 11/15 | 35869 | 813003742211965 | -481.13 |
| 11/05 | 35829* | 813003842376622 | -360.14 | 11/21 | 35870 | 813005292087548 | -273.42 |
| 11/01 | 35830 | 813003342234898 | -481.13 | 11/19 | 35871 | 813004792599618 | -99.13 |
| 11/01 | 35831 | 813003342234848 | -388.68 | 11/15 | 35872 | 813002312978017 | -473.90 |
| 11/08 | 35832 | 813005292166392 | -99.13 | 11/22 | 35873 | 813004642936908 | -307.44 |
| 11/01 | 35833 | 813002212292885 | -473.90 | 11/21 | 35874 | 813005292418925 | -242.72 |
| 11/01 | 35834 | 813003342234847 | -307.44 | 11/20 | 35875 | 813005092633824 | -414.03 |
| 11/08 | 35835 | 813005392145270 | -230.70 | 11/19 | 35876 | 813004042628504 | -350.00 |
| 11/05 | 35836 | 813004792717790 | -60.60 | 11/20 | 35877 | 813008882579316 | -36.25 |
| 11/05 | 35837 | 813004792203315 | -12.99 | 11/21 | 35879* | 813008882650561 | -22.60 |
| 11/12 | 35838 | 813005792232612 | -26.52 | 11/25 | 35880 | 813005492633643 | -115.50 |
| 11/18 | 35839 | 813008092320737 | -300.00 | 11/22 | 35881 | 813005492172682 | -265.53 |
| 11/08 | 35840 | 813005392207922 | -100.79 | 11/25 | 35882 | 813007942530455 | -200.00 |
| 11/12 | 35845* | 813005492254616 | -100.00 | 11/25 | 35883 | 813005792198683 | -61.24 |

*continued on the next page*

# Bank of America

**L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013**

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 11/25 | 35884 | 813009392729412 | -159.00 | 11/25 | 35896 | 813002312231026 | -473.90 |
| 11/25 | 35885 | 813005592588985 | -3.34 | 11/26 | 35898* | 813005992334246 | -161.75 |
| 11/26 | 35886 | 813005992367718 | -181.00 | 11/27 | 35899 | 813000292202750 | -100.00 |
| 11/29 | 35892* | 813004292725373 | -307.44 | 11/27 | 35900 | 813009892813221 | -148.67 |
| 11/27 | 35893 | 813006092250540 | -388.68 | 11/29 | 35907* | 813004292725374 | -307.44 |
| 11/26 | 35895* | 813005892205777 | -99.13 | 11/29 | 35908 | 813003842250169 | -481.13 |

|  |  |
|------|------|
| **Total checks** | **-$16,713.82** |
| **Total # of checks** | **74** |

*   *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|------|--------------------------|--------|
| 11/15/13 | 10/13 ACCT ANALYSIS FEE | -117.13 |
| **Total service fees** | | **-$117.13** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 16.24 | 11/13 | -1,188.43 | 11/21 | 2,048.51 |
| 11/04 | -88.26 | 11/14 | 4,514.29 | 11/22 | 2,498.79 |
| 11/05 | -519.80 | 11/15 | 2,746.01 | 11/25 | 1,411.91 |
| 11/06 | -600.35 | 11/18 | 1,908.42 | 11/26 | 1,217.35 |
| 11/07 | 1,626.11 | 11/19 | 1,527.57 | 11/27 | 580.00 |
| 11/08 | -729.08 | 11/20 | -419.11 | 11/29 | 4,190.59 |
| 11/12 | -811.17 | | | | |



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 35748   |   Amount: $174.47



Check number: 35759   |   Amount: $91.54




Check number: 35761   |   Amount: $119.16




Check number: 35766   |   Amount: $234.00




Check number: 35774   |   Amount: $307.44




continued on the next page



# Bank of America

**L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013**

Check Images – continued

**Account number: 0063 5113 0022**

Check number: 35748  |  Amount: $174.47




Check number: 35759  |  Amount: $91.54




Check number: 35761  |  Amount: $119.16




Check number: 35766  |  Amount: $234.00




Check number: 35774  |  Amount: $307.44




continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35785  |  Amount: $241.57



Check number: 35805  |  Amount: $32.64



Check number: 35820  |  Amount: $98.20



Check number: 35821  |  Amount: $120.00



Check number: 35823  |  Amount: $6.30



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35824  |  Amount: $293.13

 

Check number: 35825  |  Amount: $197.85

 

Check number: 35826  |  Amount: $86.08

 

Check number: 35829  |  Amount: $360.14

 

Check number: 35830  |  Amount: $481.13

 

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 35831   |   Amount: $388.68

 

Check number: 35832   |   Amount: $99.13

 

Check number: 35833   |   Amount: $473.90

 

Check number: 35834   |   Amount: $307.44

 

Check number: 35835   |   Amount: $230.70

 



# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   **November 1, 2013 to November 30, 2013**

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 35836   |   Amount: $60.60




Check number: 35837   |   Amount: $12.99




Check number: 35838   |   Amount: $26.52




Check number: 35839   |   Amount: $300.00




Check number: 35840   |   Amount: $100.79




continued on the next page



# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35851   |   Amount: $473.90

 

Check number: 35852   |   Amount: $273.42

 

Check number: 35853   |   Amount: $307.44

 

Check number: 35854   |   Amount: $239.00

 

Check number: 35855   |   Amount: $120.00

 

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check Images - continued
### Account number: 0063 5113 0022

Check number: 35845  |  Amount: $100.00

 

Check number: 35847  |  Amount: $360.14

 

Check number: 35848  |  Amount: $481.13

 

Check number: 35849  |  Amount: $388.68

 

Check number: 35850  |  Amount: $99.13

 

continued on the next page

 **Bank of America**

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  **November 1, 2013 to November 30, 2013**

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 35856  |  Amount:  $269.23

 

Check number: 35857  |  Amount:  $195.85

 

Check number: 35858  |  Amount:  $128.87

 

Check number: 35859  |  Amount:  $113.22

 

Check number: 35860  |  Amount:  $105.00

 

continued on the next page
Page 15 of 22



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check images – continued
**Account number: 0063 5113 0022**

Check number: 35863  |  Amount: $40.65

 

Check number: 35866  |  Amount: $473.90

 

Check number: 35868  |  Amount: $388.68

 

Check number: 35869  |  Amount: $481.13

 

Check number: 35870  |  Amount: $273.42

 

continued on the next page

# Bank of America

---

**L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013**

---

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35871   |   Amount: $99.13

 

Check number: 35872   |   Amount: $473.90

 

Check number: 35873   |   Amount: $307.44

 

Check number: 35874   |   Amount: $242.72

 

Check number: 35875   |   Amount: $414.03

 



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35876  |  Amount: $350.00

 

Check number: 35877  |  Amount: $36.25

 

Check number: 35879  |  Amount: $22.60

 

Check number: 35880  |  Amount: $115.50

 

Check number: 35881  |  Amount: $265.53

 

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   November 1, 2013 to November 30, 2013

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 35882   |   Amount: $200.00

 

Check number: 35883   |   Amount: $61.24

 

Check number: 35884   |   Amount: $159.00

 

Check number: 35885   |   Amount: $3.34

 

Check number: 35886   |   Amount: $181.00

 



# Bank of America

**L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013**

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 35892  |  Amount: $307.44

 

Check number: 35893  |  Amount: $388.68

 

Check number: 35895  |  Amount: $99.13

 

Check number: 35896  |  Amount: $473.90

 

Check number: 35898  |  Amount: $161.75

 

*continued on the next page*
Page 20 of 22



L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  November 1, 2013 to November 30, 2013

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 35899  |  Amount: $100.00

 

Check number: 35900  |  Amount: $148.67

 

Check number: 35907  |  Amount: $307.44

 

Check number: 35908  |  Amount: $481.13

