

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

So Ordered.

Signed this 3 day of April, 2014.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
-----------------------------------------------------------X
*In re:*                                                                                          **Case No.: 13-12544**

**L&A Automotive Center, Inc.,**                                                     **Chapter 11**

     *Debtor.*
-----------------------------------------------------------X

## Interim Conditional Order Dismissing Case

**UPON,** the adjourned hearing on the United States Trustee's Motion to Convert Case to Chapter 7, Or in the Alternative, to Dismiss Case ("Motion") (Doc. No. 15), heard on April 2, 2014, and further

**UPON,** good notice and proper service of the notice of motion and Motion, and further

**UPON,** the appearances of Richard H. Weiskopf, Esq. for the Debtor and Kevin Purcell, Trial Attorney, for William K. Harrington, United States Trustee for Region 2, and further

**UPON,** the record of the hearing held on April 2, 2014, and the entire record before the Court, and further

**UPON,** the Debtor's consent, it is

**ORDERED,** that the hearing on the United States Trustee's Motion is adjourned to May 7, 2014 at 10:30 AM, and it is further

**ORDERED,** that the Debtor shall, by the close of business April 7, 2014, prove to the satisfaction of the United States Trustee that it has opened the Debtor-in-Possession bank accounts in compliance with the Court's Order Directing Duties of Debtor-in-Possession (Doc. No. 7) and the United States Trustee's Guidelines for a Debtor-in-Possession, and it is further

**ORDERED,** that the Debtor shall only conduct business using its Debtor-in-Possession bank accounts until the case is converted to Chapter 7, dismissed or administratively closed, and it is further

**ORDERED,** that the Debtor shall, by the close of business April 11, 2014, fully comply with 11 U.S.C. § 1116, and it is further

**ORDERED**, that the Debtor shall, by the close of business April 18, 2014, amend all filed operating reports to comply with the United States Trustee's Guidelines for a Debtor-in-Possession, and it is further

**ORDERED,** that the Debtor shall timely file a motion to extend its time for filing a small business disclosure statement and plan, so that the motion to extend its time may be heard before the Court on May 7, 2014 at 10:30 AM, with opposition, if any, to be filed by the close of business April 30, 2014, and it is further

**ORDERED,** that the Debtor shall remain current with the filing of monthly operating reports and payment of quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6), within ten days of the respective due dates, until the case is converted to Chapter 7, dismissed or administratively closed, and it is further

**ORDERED,** that in the event that the Debtor fails to comply with any of the terms or conditions of this order, this case shall be dismissed upon filing by the United States Trustee of an *ex parte* application reciting the terms and conditions that the Debtor has failed to comply with and a proposed final order of dismissing this case.

###