(1)

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _L & A Automotive Corba Inc_        Case No. _13-12544_

       _Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _March 2014_        Date filed: _10-16-2013_

Line of Business: _Auto Repair_        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Louis_ _____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX  ☐ ☑
OBLIGATIONS?
IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*                          **TOTAL INCOME** $ 28,274.95

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month                     $ 2160.18

Cash on Hand at End of Month                       $ 4162.35

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**   $ 4162.35

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*
                                                   **TOTAL EXPENSES** $ 24,995.20

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*                $ 28,274.95

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*              $ 24,995.20

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 3,279.75

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                  5

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                              $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                         $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                                    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                                  $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ _____ | $ _____ |
| EXPENSES | $ _____ | $ _____ | $ _____ |
| CASH PROFIT | $ _____ | $ _____ | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                           $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                       $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                 $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

Business Banking



P.O. Box 15284
Wilmington, DE 19850

IpIplhpplhlphmllllIpIlIpIlhllplhlplhllhIplhlplhlllplIpl
AF      0  487  871  000  002388  #003  SP  0.666

L & A AUTOMOTIVE CENTER INC
19 MAPLE AVE
GLENVILLE, NY  12302-4613

**Customer service information**

◦) Customer service: 1.888.852.5000

• bankofamerica.com

🖃 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for March 1, 2014 to March 31, 2014                    Account number: 0063 5113 0022

**L & A AUTOMOTIVE CENTER INC**

Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2014 | $2,160.18 | # of deposits/credits: 11 |
| Deposits and other credits | 28,274.95 | # of withdrawals/debits: 113 |
| Withdrawals and other debits | -871.30 | # of days in cycle: 31 |
| Checks | -24,995.20 | Average ledger balance: $3,343.82 |
| Service fees | -406.28 | |
| Ending balance on March 31, 2014 | $4,162.35 | |

# Bank of America

Your checking account

**L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/04/14 | Deposit | | 813004742765006 | 503.86 |
| 03/06/14 | Deposit | | 813005042196183 | 6,786.41 |
| 03/13/14 | Deposit | | 813005542694468 | 3,540.00 |
| 03/17/14 | Deposit | | 813003142378104 | 73.63 |
| 03/18/14 | Deposit | | 813003342506632 | 2,906.31 |
| 03/20/14 | Deposit | | 813003542112444 | 3,783.50 |
| 03/21/14 | Deposit | | 813003642403015 | 4,175.97 |
| 03/25/14 | Deposit | | 813005042960490 | 435.91 |
| 03/27/14 | Deposit | | 813005242552308 | 4,160.96 |
| 03/28/14 | Deposit | | 813005242968045 | 1,808.40 |
| 03/31/14 | Deposit | | 813005442711651 | 100.00 |

**Total deposits and other credits**                                          **$28,274.95**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 03/03/14 | SPRINT8006396111 DES:ACHBILLPAY ID:XXXXXXXXX INDN:L-N-A AUTOMOTIVE CENTE CO ID:2521616695 TEL | | 900659012434434 | -769.00 |
| 03/21/14 | TWC CHARLOTTE   DES:MTHLY SVC ID:202599390301001 INDN:L&A AUTO CO ID: XXXXXXXXX TEL | | 900679010057609 | -84.86 |
| 03/27/14 | SYSTECH INTL LLC DES:CCD Trans  ID:3470022 INDN:NA       CO ID:0010842008 CCD | | 900686001394394 | -17.44 |

**Total withdrawals and other debits**                                          **-$871.30**

**Greater efficiency starts with an easy shift to web-based check deposits.**

Bank of America
Merrill Lynch

Deposit checks electronically, right from your desktop, with Remote Deposit Service Online. Simply scan your checks using a bank-provided scanner to transmit the images and data to us online. Potential benefits may include faster access to cash with fewer trips to the bank.

bankofamerica.com/remotedepositservice

Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 03/04 | 34865 | 813006642950594 | -69.26 |
| 03/05 | 34866 | 813007242556946 | -11.63 |
| 03/07 | 34890* | 813007342949742 | -69.26 |
| 03/11 | 34891 | 813007642329579 | -11.63 |
| 03/10 | 34920* | 813007542479217 | -11.63 |
| 03/10 | 34921 | 813007542479218 | -69.76 |
| 03/20 | 35804* | 813000292132629 | -200.00 |
| 03/17 | 36032* | 813000792100864 | -150.00 |
| 03/13 | 36055* | 813008092658871 | -80.55 |
| 03/19 | 36093* | 813003692119710 | -249.52 |
| 03/31 | 36106* | 813000792136521 | -150.00 |
| 03/25 | 36140* | 813002392578643 | -311.76 |
| 03/03 | 36141 | 813006092150361 | -100.00 |
| 03/04 | 36154* | 813009892874366 | -51.00 |
| 03/10 | 36159* | 813005192730447 | -100.00 |
| 03/11 | 36160 | 813007642608579 | -350.00 |
| 03/26 | 36162* | 813008792553599 | -80.55 |
| 03/14 | 36163 | 813008292568018 | -82.30 |
| 03/14 | 36175* | 813006092825928 | -100.00 |
| 03/05 | 36177* | 813004692286832 | -46.57 |
| 03/04 | 36178 | 813004742481616 | -341.78 |
| 03/17 | 36180* | 813008692501545 | -159.00 |
| 03/03 | 36181 | 813003042430809 | -325.00 |
| 03/03 | 36183* | 813004542315655 | -388.68 |
| 03/05 | 36185* | 813004492801373 | -388.68 |
| 03/14 | 36186 | 813005992620781 | -99.13 |
| 03/05 | 36188* | 813004492801130 | -307.44 |
| 03/05 | 36189 | 813004492801144 | -317.03 |
| 03/25 | 36190 | 813008592858408 | -45.78 |
| 03/04 | 36191 | 813008882973091 | -395.00 |
| 03/03 | 36192 | 813004192220258 | -118.94 |
| 03/04 | 36193 | 813004742481615 | -207.64 |
| 03/06 | 36194 | 813004892303257 | -223.11 |
| 03/07 | 36195 | 813004992160494 | -55.00 |
| 03/12 | 36196 | 813009792404359 | -120.00 |
| 03/26 | 36197 | 813005892133459 | -100.00 |
| 03/12 | 36198 | 813005692800259 | -289.00 |
| 03/05 | 36199 | 813008882081669 | -77.10 |
| 03/10 | 36202* | 813003842497384 | -375.00 |
| 03/10 | 36204* | 813007442844862 | -388.68 |
| 03/07 | 36205 | 813005142514563 | -481.13 |

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 03/12 | 36206 | 813005692327276 | -388.68 |
| 03/14 | 36207 | 813005992620780 | -99.13 |
| 03/07 | 36208 | 813002212810401 | -473.90 |
| 03/12 | 36209 | 813005692327275 | -332.59 |
| 03/12 | 36210 | 813005692327277 | -289.18 |
| 03/12 | 36212* | 813006042010398 | -627.84 |
| 03/12 | 36213 | 813006042010847 | -116.30 |
| 03/10 | 36214 | 813005292879806 | -257.40 |
| 03/11 | 36215 | 813009592252425 | -176.89 |
| 03/14 | 36216 | 813004192214313 | -143.91 |
| 03/14 | 36217 | 813008882729684 | -104.34 |
| 03/17 | 36218 | 813006342015863 | -222.41 |
| 03/27 | 36219 | 813008992521231 | -120.00 |
| 03/17 | 36220 | 813004392602618 | -100.00 |
| 03/18 | 36222* | 813004492651322 | -142.91 |
| 03/14 | 36223 | 813006092840417 | -122.47 |
| 03/31 | 36225* | 813004392683585 | -100.00 |
| 03/17 | 36229* | 813003142378069 | -375.00 |
| 03/17 | 36231* | 813007942541045 | -388.68 |
| 03/14 | 36232 | 813004342720409 | -481.13 |
| 03/19 | 36233 | 813004792146863 | -388.68 |
| 03/28 | 36234 | 813006092880777 | -99.13 |
| 03/14 | 36235 | 813002112275700 | -473.90 |
| 03/19 | 36236 | 813004792146859 | -289.18 |
| 03/19 | 36237 | 813004792147155 | -317.07 |
| 03/14 | 36238 | 813002112279997 | -82.51 |
| 03/18 | 36239 | 813009092206680 | -75.00 |
| 03/17 | 36240 | 813004292726519 | -247.96 |
| 03/18 | 36241 | 813004492651323 | -260.40 |
| 03/17 | 36242 | 813004392593541 | -28.79 |
| 03/17 | 36243 | 813004392593685 | -41.82 |
| 03/20 | 36244 | 813009592044512 | -250.00 |
| 03/19 | 36245 | 813004892185452 | -572.27 |
| 03/21 | 36246 | 813007042038156 | -136.59 |
| 03/18 | 36247 | 813004692160730 | -135.00 |
| 03/25 | 36248 | 813005692206359 | -125.00 |
| 03/19 | 36249 | 813004742084735 | -540.00 |
| 03/24 | 36250 | 813005492295952 | -79.89 |
| 03/25 | 36251 | 813000892631552 | -250.80 |
| 03/24 | 36252 | 813005492720799 | -332.85 |
| 03/24 | 36253 | 813006742794514 | -100.00 |

continued on the next page

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   **March 1, 2014 to March 31, 2014**

✓    To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account"
page by visiting CashPro® University at cashproonline.bankofamerica.com.

Bank of America

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | March 1, 2014 to March 31, 2014

## Checks - continued

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 03/24 | 36254 | 813005492119799 | -46.47 |
| 03/24 | 36255 | 813005392398626 | -18.40 |
| 03/24 | 36256 | 813003742100158 | -475.00 |
| 03/24 | 36264* | 813007042769784 | -388.68 |
| 03/21 | 36265 | 813003642403044 | -481.13 |
| 03/26 | 36266 | 813005792646559 | -388.68 |
| 03/28 | 36267 | 813006092880778 | -99.13 |
| 03/21 | 36268 | 813002012935319 | -473.90 |
| 03/26 | 36269 | 813005792645881 | -260.00 |
| 03/26 | 36270 | 813005792645882 | -317.07 |
| 03/31 | 36271 | 813004492576929 | -269.03 |
| 03/26 | 36272 | 813005892933289 | -341.85 |
| 03/25 | 36273 | 813005692247646 | -18.40 |
| 03/24 | 36274 | 813005392217417 | -195.79 |
| 03/25 | 36275 | 813005692138094 | -168.50 |
| 03/25 | 36276 | 813008882386063 | -201.60 |
| 03/31 | 36277 | 813004592096157 | -135.00 |
| 03/31 | 36278 | 813004392751875 | -350.00 |
| 03/27 | 36279 | 813009092093615 | -60.00 |
| 03/26 | 36280 | 813005892934250 | -267.98 |
| 03/31 | 36283* | 813004242469602 | -475.00 |
| 03/31 | 36291* | 813005942308105 | -388.68 |
| 03/28 | 36292 | 813004142728955 | -481.13 |
| 03/31 | 36295* | 813002312776966 | -473.90 |
| 03/31 | 36297* | 813004592696151 | -289.18 |
| 03/31 | 36298 | 813001912534406 | -68.66 |
| 03/31 | 36801* | 813002312776817 | -473.90 |

**Total checks** -$24,995.20

**Total # of checks** 109

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 03/17/14 | 02/14 ACCT ANALYSIS FEE | -406.28 |
| **Total service fees** | | **-$406.28** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 03/01 | 2,160.18 | 03/12 | 328.72 | 03/21 | 6,222.31 |
| 03/03 | 458.56 | 03/13 | 3,788.17 | 03/24 | 4,585.23 |
| 03/04 | -102.26 | 03/14 | 1,999.35 | 03/25 | 3,899.30 |
| 03/05 | -1,250.71 | 03/17 | -46.96 | 03/26 | 2,143.17 |
| 03/06 | 5,312.59 | 03/18 | 2,246.04 | 03/27 | 6,106.69 |
| 03/07 | 4,233.30 | 03/19 | -110.68 | 03/28 | 7,235.70 |
| 03/10 | 3,030.83 | 03/20 | 3,222.82 | 03/31 | 4,162.35 |
| 03/11 | 2,492.31 | | | | |

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014

## Check images
**Account number: 0063 5113 0022**

Check number: 34865  |  Amount: $69.26



Check number: 34866  |  Amount: $11.63



Check number: 34890  |  Amount: $69.26



Check number: 34891  |  Amount: $11.63

Check number: 34920  |  Amount: $11.63



Check images - continued

Account number: 0063 5113 0022

Check number: 34921 | Amount: $69.76

Check number: 35804 | Amount: $200.00

Check number: 36032 | Amount: $150.00

Check number: 36055 | Amount: $80.55

Check number: 36093 | Amount: $249.52

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   March 1, 2014 to March 31, 2014

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 36160   |   Amount: $350.00

 

Check number: 36162   |   Amount: $80.55

 

Check number: 36163   |   Amount: $82.30

 

Check number: 36175   |   Amount: $100.00

 

Check number: 36177   |   Amount: $46.57

 

continued on the next page

Bank of America

Check images - continued

**Account number: 0063 5113 0022**

Check number: 36106 | Amount: $150.00

Check number: 36140 | Amount: $311.76

Check number: 36141 | Amount: $100.00

Check number: 36154 | Amount: $51.00

Check number: 36159 | Amount: $100.00

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  **March 1, 2014 to March 31, 2014**

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 36186  |  Amount: $99.13

 

Check number: 36188  |  Amount: $307.44

 

Check number: 36189  |  Amount: $317.03

 

Check number: 36190  |  Amount: $45.78

 

Check number: 36191  |  Amount: $395.00

 

continued on the next page

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36178 | Amount: $341.78

Check number: 36180 | Amount: $159.00

Check number: 36181 | Amount: $325.00

Check number: 36183 | Amount: $388.68

Check number: 36185 | Amount: $388.68

continued on the next page

# Bank of America

**L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   March 1, 2014 to March 31, 2014**

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 36197   |   Amount:  $100.00

 

Check number: 36198   |   Amount: $289.00

 

Check number: 36199   |   Amount:  $77.10

 

Check number: 36202   |   Amount:  $375.00

 

Check number: 36204   |   Amount:  $388.68

 

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36192 | Amount: $118.94

Pay to the order of: WAL-MART STORES
Pre-Authorized Payment

Check number: 36193 | Amount: $207.64

L & A AUTOMOTIVE CENTER INC.

Check number: 36194 | Amount: $223.11

L & A AUTOMOTIVE CENTER INC.

Check number: 36195 | Amount: $55.00

L & A AUTOMOTIVE CENTER INC.

TRN_DEBIT TPIRELLI

Check number: 36196 | Amount: $120.00

L & A AUTOMOTIVE CENTER INC.

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36210  |  Amount: $289.18




Check number: 36212  |  Amount: $627.84




Check number: 36213  |  Amount: $116.30




Check number: 36214  |  Amount: $257.40




Check number: 36215  |  Amount: $176.89



continued on the next page

**Bank of America**

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | March 1, 2014 to March 31, 2014

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36205 | Amount: $481.13

Check number: 36206 | Amount: $388.68

Check number: 36207 | Amount: $99.13

Check number: 36208 | Amount: $473.90

Check number: 36209 | Amount: $332.59

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36222  |  Amount: $142.91

 

Check number: 36223  |  Amount: $122.47

 

Check number: 36225  |  Amount: $100.00

 

Check number: 36229  |  Amount: $375.00

 

Check number: 36231  |  Amount: $388.68

 

continued on the next page





Check number: 36220 | Amount: $100.00





Check number: 36219 | Amount: $120.00





Check number: 36218 | Amount: $222.41





Check number: 36217 | Amount: $104.34





Check number: 36216 | Amount: $143.91

Account number: 0063 5113 0022
Check images - continued

Bank of America



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36237  |  Amount: $317.07

 

Check number: 36238  |  Amount: $82.51

 

Check number: 36239  |  Amount: $75.00

 

Check number: 36240  |  Amount: $247.96

 

Check number: 36241  |  Amount: $260.40

 

continued on the next page

continued on the next page
Page 19 of 28





Check number: 36232 | Amount: $481.13





Check number: 36233 | Amount: $388.68





Check number: 36234 | Amount: $99.13



Check number: 36235 | Amount: $473.90



Check number: 36236 | Amount: $289.18

**Account number: 0063 5113 0022**

Check images - continued


**Bank of America**



# Bank of America

**L & A AUTOMOTIVE CENTER INC**  |  **Account # 0063 5113 0022**  |  **March 1, 2014 to March 31, 2014**

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36247  |  Amount: $135.00

 

Check number: 36248  |  Amount: $125.00

 

Check number: 36249  |  Amount: $540.00

 

Check number: 36250  |  Amount: $79.89

 

Check number: 36251  |  Amount: $250.80

 

continued on the next page





Check number: 36246 | Amount: $136.59



Check number: 36245 | Amount: $572.27



Check number: 36244 | Amount: $250.00



Check number: 36243 | Amount: $41.82



Check number: 36242 | Amount: $28.79

Account number: 0063 5113 0022

Check Images – continued

BankofAmerica

# Bank of America

**L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014**

Check Images - continued
**Account number: 0063 5113 0022**

Check number: 36264  |  Amount: $388.68



Check number: 36265  |  Amount: $481.13




Check number: 36266  |  Amount: $388.68




Check number: 36267  |  Amount: $99.13




Check number: 36268  |  Amount: $473.90




continued on the next page

**Bank of America**

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | March 1, 2014 to March 31, 2014

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36252 | Amount: $332.85

Check number: 36253 | Amount: $100.00

Check number: 36254 | Amount: $46.47

Check number: 36255 | Amount: $18.40

Check number: 36256 | Amount: $475.00

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  March 1, 2014 to March 31, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36274  |  Amount: $195.79



Check number: 36275  |  Amount: $168.50




Check number: 36276  |  Amount: $201.60




Check number: 36277  |  Amount: $135.00




Check number: 36278  |  Amount: $350.00




continued on the next page

Check images - continued

**Account number: 0063 5113 0022**

Check number: 36269 | Amount: $260.00

Check number: 36270 | Amount: $317.07

Check number: 36271 | Amount: $269.03

FOR DEPOSIT ONLY
FOR RETURNED ITEMS

Check number: 36272 | Amount: $341.85

Check number: 36273 | Amount: $18.40

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   March 1, 2014 to March 31, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36295   |   Amount:  $473.90

 

Check number: 36297   |   Amount:  $289.18

 

Check number: 36298   |   Amount:  $68.66

 

Check number: 36801   |   Amount:  $473.90

 

continued on the next page
Page 37 of 38





Check number: 36279 | Amount: $60.00





Check number: 36280 | Amount: $267.98





Check number: 36283 | Amount: $475.00





Check number: 36291 | Amount: $388.68





Check number: 36292 | Amount: $481.13

**Account number: 0063 5113 0022**
Check Images – continued




BankofAmerica