# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)
L&A Automotive Center, Inc.

14–1564399
19 Maple Ave
Scotia, NY 12302

Case Number: 13–12544–1–rel

Chapter: 11

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Richard H. Weiskopf
Barbaruolo & Weiskopf, PC
12 Cornell Road
Latham, NY 12110
Telephone number:  518–782–9100

NAME/ADDRESS OF TRUSTEE
none

# NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 4/24/2014 , dismissing the above captioned chapter 11 petition without prejudice.

Date: 4/25/14

*FOR THE COURT*

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court