B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Le Autbarctive Corpa Inc_

_Debtor_

Case No. _13-12544_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _April 2014_

Line of Business: _Auto Repair_

Date filed: _10-16-2013_

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ❑ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ❑ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ❑ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ❑ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ❑ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX ❑  ☑
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**  $

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month        $

Cash on Hand at End of Month          $

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**    $

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**  $

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*        $

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*        $

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES  $**  *0*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES  $**  *0*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                    5

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                      6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                        $   0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                   $   0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                             $   0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                           $   0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                              $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                         $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                  $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

In re _Perth Wrinkle Cafe, Inc_
Debtor

Case No. _13-12544_
Reporting Period: _April 2014_

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | BANK ACCOUNTS | | | |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 41,424.?? | | | | |
| SALES   CASH | | | | | |
|         TOKENS | 10,543.48 | | | | |
|         Redemp | 7,206.10 | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | |
| TOTAL RECEIPTS | 24,478.5? | | | | |
| NET PAYROLL | 9,066.05 | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | 12,131.97 | | | | |
| INSURANCE | | | | | |
|    Advertising | | | | | |
|    Utilities   Misc Exp | 785.50 | | | | |
| OTHER | 259.86 | | | | |
|    Utilities | ?17. | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | |
| PROFESSIONAL FEES | ?00. | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | |
|    Quarterly | 325. | | | | |
| TOTAL DISBURSEMENTS | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 1,?6?.? | | | | |
| CASH – END OF MONTH | ??,??? | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0.00 |

*Business Banking*

## Bank of America

P.O. Box 15284
Wilmington, DE 19850

AP      0   487 233 000 002810  #@03 SP 0.666

L & A AUTOMOTIVE CENTER INC
19 MAPLE AVE
GLENVILLE, NY 12302-4613

**Customer service information**

⚞ Customer service: 1.888.852.5000

✦ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for April 1, 2014 to April 30, 2014

Account number: 0063 5113 0022

**L & A AUTOMOTIVE CENTER INC**

Account summary

| | |
|---|---|
| Beginning balance on April 1, 2014 | $4,162.35 |
| Deposits and other credits | 24,718.58 |
| Withdrawals and other debits | -3,703.15 |
| Checks | -25,109.70 |
| Service fees | -259.86 |
| Ending balance on April 30, 2014 | -$191.78 |

# of deposits/credits: 16

# of withdrawals/debits: 99

# of days in cycle: 30

Average ledger balance: $3,038.18





**Bank of America**

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 04/01/14 | Deposit | | 813003142389034 | 800.00 |
| 04/02/14 | Deposit | | 813003242562732 | 405.00 |
| 04/03/14 | Deposit | | 813003342815128 | 5,641.57 |
| 04/07/14 | Deposit | | 813006442874608 | 205.29 |
| 04/10/14 | Deposit | | 813003942717570 | 3,418.75 |
| 04/11/14 | Deposit | | 813004042756934 | 700.00 |
| 04/14/14 | Deposit | | 813004242721629 | 445.00 |
| 04/15/14 | Deposit | | 813005342487492 | 4,262.32 |
| 04/17/14 | Deposit | | 813005542322404 | 2,514.25 |
| 04/21/14 | Deposit | | 813003442469570 | 99.00 |
| 04/22/14 | Deposit | | 813004542292857 | 88.56 |
| 04/23/14 | Deposit | | 813004642225390 | 1,670.00 |
| 04/24/14 | Deposit | | 813004642757445 | 2,999.75 |
| 04/29/14 | Deposit | | 813004142500497 | 573.00 |
| 04/30/14 | Deposit | | 813005042568296 | 869.09 |
| 04/30/14 | Bank Adjustment | | 813009442430622 | 27.00 |

| Total deposits and other credits | | | | $24,718.58 |
|---|---|---|---|---|

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|-----------------|--------|
| 04/21/14 | SYSTECH INTL LLC DES:CCD Trans  ID:3470022 INDN:NA          CO ID:0010842008 CCD | | 900611001834929 | -26.16 |
| 04/23/14 | MERCHANT INS GRP DES:INS PREM ID:CAPI059897  INDN:L&A AUTOMOTIVE CENTER CO ID:6160550140 CCD  PMT INFO:011514 | | 900612009284347 | -2,775.00 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 04/23/14 | MERCHANT INS GRP DES:INS PREM ID:80P0P07016S INDN:LA AUTOMOTIVE CENTER I CO ID:6160505014 0 CCD PMT INFO:123113 | | 90061200928434S | -692.94 |
| 04/23/14 | VZ WIRELESS VN DES:E CHECK ID:0602821 INDN:DARLENE *GRECCO CO ID:0000751800 TEL | | 90061200784488 7 | -209.05 |

**Total withdrawals and other debits**    -$3,703.15

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 04/01 | 32817 | 81300479271155 8 | -58.00 |
| 04/17 | 3586* | 81300029230183 2 | -150.00 |
| 04/11 | 3588* | 81300029235664 8 | -200.00 |
| 04/07 | 3604* | 81300092449786 | -150.00 |
| 04/14 | 3605* | 81300889250181 | -100.00 |
| 04/21 | 36113* | 81300829206108 3 | -363.84 |
| 04/02 | 36138* | 81300070297001 9 | -200.00 |
| 04/07 | 36201* | 81300070280768 | -200.00 |
| 04/22 | 36211* | 81300869233842 3 | -80.55 |
| 04/01 | 36228* | 81300809288021 8 | -130.10 |
| 04/22 | 36258* | 81300644241553 4 | -350.00 |
| 04/07 | 36259 | 81300570039352 4 | -100.00 |
| 04/01 | 36281* | 81300972644390 | -159.00 |
| 04/01 | 36282 | 81300888278734 1 | -162.68 |
| 04/22 | 36285* | 81300879675564 | -88.99 |
| 04/17 | 36286 | 81300549218475 5 | -100.00 |
| 04/02 | 36293* | 81300489275444 | -388.68 |
| 04/04 | 36294 | 81300529344837 | -99.13 |
| 04/02 | 36296* | 81300489277548 5 | -273.42 |
| 04/04 | 36299* | 81300794211191 3 | -190.35 |
| 04/09 | 36300* | 81300524943938 | -600.00 |
| 04/02 | 36302* | 81300470272234 | -172.67 |
| 04/07 | 36303 | 81300729937955 | -78.02 |
| 04/03 | 36304 | 81300519285913 8 | -1,460.43 |
| 04/11 | 36305 | 81300849226015 1 | -240.00 |
| 04/08 | 36306 | 81300092061703 | -92.00 |
| 04/04 | 36307 | 81300529230304 | -600.00 |
| 04/03 | 36308 | 81300334281519 3 | -400.00 |
| 04/07 | 36309 | 81300569243726 8 | -60.00 |
| 04/16 | 36310 | 81300529204689 | -500.00 |
| 04/22 | 36313* | 81300869257903 | -80.00 |
| 04/16 | 36314 | 81300947274944 0 | -60.00 |
| 04/14 | 36315 | 81300469221541 6 | -100.00 |
| 04/08 | 36316 | 81300484251928 9 | -375.00 |
| 04/07 | 36318* | 81300794277201 4 | -388.68 |
| 04/04 | 36319 | 81300034230913 2 | -481.13 |
| 04/09 | 36320 | 81300970966088 0 | -388.86 |
| 04/10 | 36321 | 81300439288692 09 | -99.13 |
| 04/04 | 36322 | 81300221212397 4 | -473.90 |
| 04/14 | 36323 | 81300492020406 | -224.72 |
| 04/09 | 36324 | 81300609258992 0 | -230.70 |
| 04/15 | 36325 | 81300919250660 14 | -45.68 |
| 04/08 | 36326 | 81300599264941 8 | -291.18 |
| 04/07 | 36327 | 81300036421900 07 | -37.32 |
| 04/07 | 36328 | 81300644287457 6 | -425.00 |
| 04/09 | 36329 | 81300694293472 8 | -249.79 |
| 04/10 | 36330 | 81300439245584 74 | -69.33 |
| 04/10 | 36331 | 81300492454983 | -73.21 |
| 04/10 | 36332 | 81300394277573 | -200.00 |
| 04/10 | 36333 | 81300394284195 | -200.00 |
| 04/17 | 36334 | 81300549288112 5 | -68.89 |
| 04/14 | 36335 | 81300584216321 5 | -360.00 |
| 04/14 | 36336 | 81300489220590 6 | -161.43 |
| 04/15 | 36337 | 81300439207125 5 | -185.50 |
| 04/14 | 36338 | 81300428920520 5 | -172.18 |
| 04/17 | 36339 | 81300969258307 2 | -233.54 |
| 04/17 | 36340 | 81300969258306 7 | -14.02 |
| 04/15 | 36341 | 81300734252820 | -38.12 |
| 04/17 | 36342 | 81300549288112 6 | -310.14 |
| 04/17 | 36343 | 81300595290179 0 | -253.26 |
| 04/16 | 36344 | 81300592937942 4 | -15.68 |
| 04/21 | 36345 | 81300690921267 73 | -947.87 |

continued on the next page



 

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | April 1, 2014 to April 30, 2014

## Checks - continued

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|------|---------|----------------|--------|
| 04/17 | 36346 | 813008782889753 | -93.33 | 04/18 | 36774 | 813005592390064 | -99.13 |
| 04/21 | 36347 | 813003442469516 | -375.00 | 04/11 | 36775 | 813002312493266 | -473.90 |
| 04/17 | 36348 | 813005542322407 | -1,655.00 | 04/16 | 36776 | 813005292039657 | -230.70 |
| 04/16 | 36349 | 813002112547064 | -350.00 | 04/16 | 36777 | 813005292039294 | -224.72 |
| 04/22 | 36350 | 813004292322391 | -47.44 | 04/21 | 36780* | 813006242823344 | -388.68 |
| 04/22 | 36351 | 813004192819933 | -200.67 | 04/18 | 36781 | 813004342170201 | -481.13 |
| 04/23 | 36352 | 813004492113285 | -378.20 | 04/23 | 36782 | 813004292603037 | -388.68 |
| 04/24 | 36353 | 813004592814607 | -102.10 | 04/25 | 36783 | 813004692187567 | -99.13 |
| 04/24 | 36354 | 813004592471991 | -239.00 | 04/18 | 36784 | 813002212035628 | -473.90 |
| 04/25 | 36355 | 813004792284287 | -44.74 | 04/25 | 36786* | 813004792507384 | -117.60 |
| 04/28 | 36356 | 813004992198246 | -42.77 | 04/28 | 36792* | 813006742513071 | -388.68 |
| 04/29 | 36357 | 813008192232682 | -159.00 | 04/25 | 36793 | 813003942081036 | -481.13 |
| 04/28 | 36359* | 813004992198465 | -30.98 | 04/30 | 36794 | 813005392388102 | -388.68 |
| 04/14 | 36771* | 813007242006647 | -388.68 | 04/25 | 36796* | 813002312412143 | -473.90 |
| 04/11 | 36772 | 813005142158255 | -481.13 | 04/30 | 36797 | 813005392388289 | -193.38 |
| 04/16 | 36773 | 813005292039675 | -388.68 | 04/30 | 36798 | 813005392388287 | -236.70 |

| | |
|---|---|
| Total checks | -$25,109.70 |
| Total # of checks | 94 |

\* There is a gap in sequential check numbers

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 04/15/14 | 03/14 ACCT ANALYSIS FEE | -259.86 |
| **Total service fees** | | **-$259.86** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 4,443.57 | 04/11 | 4,206.96 | 04/22 | 1,111.04 |
| 04/02 | 3,649.96 | 04/14 | 3,144.95 | 04/23 | -1,662.83 |
| 04/03 | 7,431.10 | 04/15 | 6,878.11 | 04/24 | 995.82 |
| 04/04 | 5,586.59 | 04/16 | 5,108.33 | 04/25 | -220.68 |
| 04/07 | 3,752.26 | 04/17 | 4,997.66 | 04/28 | -683.11 |
| 04/08 | 2,994.08 | 04/18 | 3,943.50 | 04/29 | -269.11 |
| 04/09 | 2,124.91 | 04/21 | 1,869.53 | 04/30 | -191.78 |
| 04/10 | 4,901.99 | | | | |

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36113  |  Amount:  $200.00

 

Check number: 36138  |  Amount:  $363.84

 

Check number: 36201  |  Amount:  $200.00

 

Check number: 36211  |  Amount:  $80.55

 

Check number: 36228  |  Amount:  $139.10

 

continued on the next page



Bank of America

## Check images

**Account number: 0063 5113 0022**

Check number: 32817 | Amount: $58.00

Check number: 35864 | Amount: $150.00

Check number: 35889 | Amount: $200.00

Check number: 36014 | Amount: $150.00

Check number: 36054 | Amount: $100.00

continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 36258   |   Amount:  $350.00

 

Check number: 36259   |   Amount:  $100.00

 

Check number: 36281   |   Amount:  $159.00

 

Check number: 36282   |   Amount:  $162.68

 

Check number: 36285   |   Amount:  $88.39



continued on the next page

Bank of America

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36286 | Amount: $100.00

Check number: 36293 | Amount: $388.68

Check number: 36294 | Amount: $99.13

Check number: 36296 | Amount: $273.42

Check number: 36299 | Amount: $190.35

continued on the next page

# Bank of America

---

**L & A AUTOMOTIVE CENTER INC**  |  **Account # 0063 5113 0022**  |  **April 1, 2014 to April 30, 2014**

---

## Check Images - continued

**Account number: 0063 5113 0022**

Check number: 36306  |  Amount: $92.00

  

Check number: 36307  |  Amount: $600.00

  

Check number: 36308  |  Amount: $400.00

  

Check number: 36309  |  Amount: $60.60

  

Check number: 36310  |  Amount: $500.00

  

continued on the next page








Check number: 36305 | Amount: $240.00






Check number: 36304 | Amount: $1,460.43






Check number: 36303 | Amount: $78.02









Check number: 36302 | Amount: $172.67



Check number: 36300 | Amount: $600.00

## Check Images - continued
### Account number: 0063 5113 0022


Bank of America



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  April 1, 2014 to April 30, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36313  |  Amount:  $80.00




Check number: 36314  |  Amount:  $60.00




Check number: 36315  |  Amount:  $100.00




Check number: 36316  |  Amount:  $375.00




Check number: 36318  |  Amount:  $388.68




# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36319  |  Amount: $481.13

 

Check number: 36320  |  Amount: $388.68

 

Check number: 36321  |  Amount: $99.13

 

Check number: 36322  |  Amount: $473.90

 

Check number: 36323  |  Amount: $224.72

 



# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36324   |   Amount: $230.70




Check number: 36325   |   Amount: $45.68




Check number: 36326   |   Amount: $291.18




Check number: 36327   |   Amount: $37.32




Check number: 36328   |   Amount: $425.00




continued on the next page




Check number: 36329  |  Amount: $249.79




Check number: 36330  |  Amount: $69.33




Check number: 36331  |  Amount: $73.21




Check number: 36332  |  Amount: $200.00




Check number: 36333  |  Amount: $200.00

# Check images - continued
## Account number: 0063 5113 0022





# Bank of America

---

**L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014**

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 36334   |   Amount: $68.89

   

Check number: 36335   |   Amount: $360.00

   

Check number: 36336   |   Amount: $161.43

   

Check number: 36337   |   Amount: $185.50

   

Check number: 36338   |   Amount: $172.18

   



Bank of America

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | April 1, 2014 to April 30, 2014

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36339 | Amount: $233.54

L & A AUTOMOTIVE CENTER INC.
36339

Check number: 36340 | Amount: $14.02

L & A AUTOMOTIVE CENTER INC.
36340

Check number: 36341 | Amount: $38.12

L & A AUTOMOTIVE CENTER INC.
36341

Check number: 36342 | Amount: $310.14

L & A AUTOMOTIVE CENTER INC.
36342

Check number: 36343 | Amount: $235.26

L & A AUTOMOTIVE CENTER INC.
36343

continued on the next page

# Bank of America 

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36344   |   Amount: $15.68



Check number: 36345   |   Amount: $947.87




Check number: 36346   |   Amount: $93.33




Check number: 36347   |   Amount: $375.00




Check number: 36348   |   Amount: $1,655.00



*continued on the next page*

Bank of America

L & A AUTOMOTIVE CENTER INC | Account # 0063 5113 0022 | April 1, 2014 to April 30, 2014

## Check images - continued

**Account number: 0063 5113 0022**

Check number: 36349 | Amount: $350.00

Check number: 36350 | Amount: $47.44

Check number: 36351 | Amount: $200.67

Check number: 36352 | Amount: $378.20

Check number: 36353 | Amount: $102.10

Continued on the next page

# Bank of America

L & A AUTOMOTIVE CENTER INC   |   Account # 0063 5113 0022   |   April 1, 2014 to April 30, 2014

## Check images - continued
**Account number: 0063 5113 0022**

Check number: 36354   |   Amount: $239.00

 

Check number: 36355   |   Amount: $44.74

 

Check number: 36356   |   Amount: $42.77

 

Check number: 36357   |   Amount: $159.00

 

Check number: 36359   |   Amount: $30.98

 

continued on the next page

Bank of America

## Check images - continued
### Account number: 0063 5113 0022




Check number: 36771  |  Amount: $388.68




Check number: 36772  |  Amount: $481.13




Check number: 36773  |  Amount: $388.68





Check number: 36774  |  Amount: $99.13





Check number: 36775  |  Amount: $473.90








# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  April 1, 2014 to April 30, 2014

## Check images – continued
**Account number: 0063 5113 0022**

Check number: 36776  |  Amount: $230.70

 

Check number: 36777  |  Amount: $224.72

 

Check number: 36780  |  Amount: $388.68

 

Check number: 36781  |  Amount: $481.13

 

Check number: 36782  |  Amount: $388.68

 

*continued on the next page*





Check number 36793  |  Amount $481.13





Check number 36792  |  Amount $388.68





Check number 36786  |  Amount $117.60





Check number 36784  |  Amount $473.90






Check number 36783  |  Amount $99.13

## Check images - continued
**Account number: 0063 5113 0022**



**Bank of America**



# Bank of America

L & A AUTOMOTIVE CENTER INC  |  Account # 0063 5113 0022  |  April 1, 2014 to April 30, 2014

## Check Images - continued
**Account number: 0063 5113 0022**

Check number: 36794  |  Amount:  $388.68




Check number: 36796  |  Amount:  $473.90




Check number: 36797  |  Amount:  $193.38




Check number: 36798  |  Amount:  $236.70


