So Ordered.

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 11 day of June, 2014.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
-----------------------------------------------------------X

*In re:*

**L&A Automotive Center, Inc.,**

       *Debtor.*
-----------------------------------------------------------X

Case No.: 13-12544

Chapter 11

### Order Dismissing Case with Prejudice

UPON, the hearing on the United States Trustee's Motion to Convert Case to Chapter 7, or in the Alternative, to Dismiss Case ("Motion") (Doc. No. 15), scheduled for and heard on April 2, 2014, and further

UPON, good notice and proper service of the notice of motion and Motion, and further

UPON, the appearances of Richard H. Weiskopf, Esq. for the Debtor and Kevin Purcell, Trial Attorney, for William K. Harrington, United States Trustee for Region 2, and further

UPON, the record of the hearing held on April 2, 2014, and the entire record before the Court, and further

UPON, the Debtor's consent to the entry of *Interim Conditional Order Dismissing Case* and its entry on the docket of this case on April 3, 2014 (Doc. No. 34), and further

1

UPON, the adjourned hearing on the United States Trustee's Motion to Convert Case to Chapter 7, or in the alternative, to Dismiss Case ("§ 1112(b) Motion") (Doc. No. 15), heard on May 9, 2014, and further

UPON, the adjourned hearing on the Debtor's Motion to Vacate Order of Dismissal, ("Motion to Vacate") (Doc. No. 44), also heard on May 9, 2014, and further

UPON, the adjourned hearing on the Debtor's Motion to Extend Exclusivity Period ("Motion to Extend") (Doc. No. 35), also heard on May 9, 2014, and further

UPON, the appearances of Richard H. Weiskopf, Esq. for the Debtor and Kevin Purcell, Trial Attorney, for William K. Harrington, United States Trustee for Region 2, both appearing on the motions described above, and further

UPON, the record of the hearings held on May 7 and 9, 2014, and the entire record before the Court, and further

UPON, the Debtor's consent, and further

UPON, the Debtor having previously waived any and all rights to move for reconsideration, pursuant to Fed. R. Bankr. P. 9023 or 9024, of a final order dismissing this case with prejudice, it is

UPON, the filing by the United States Trustee of an *ex parte* application reciting the terms and conditions stated in the *Final Conditional Order Dismissing Case with Prejudice* that the Debtor has failed to comply with, as an attachment to this Order, it is

**ORDERED,** that this case shall be and now is dismissed with prejudice against re-filing for one hundred eighty (180) days after the entry of the order dismissing this case.

###