# BARBARUOLO & WEISKOPF, P.C.

ATTORNEYS AT LAW



RECEIVED

JUN 1 2 2014

OFFICE OF THE
BANKRUPTCY CLERK
ALBANY, NY

PAULA M. BARBARUOLO*
RICHARD H. WEISKOPF
JUSTIN D. MYERS

*ALSO ADMITTED IN CONNECTICUT

CARRIE A. SCHLEGEL, LEGAL ASSISTANT
APRIL BYERWALTERS, LEGAL ASSISTANT
LINDA J. DELMERICO, LEGAL ASSISTANT

June 11, 2014

Honorable Robert E. Littlefield
U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re: L & A Automotive Center, Inc.
Chapter 11; Case No.: 13-12544

Dear Judge Littlefield:

You have signed a dismissal order on this case on the submission of Mr. Purcell. Mr. Purcell has made a determination by way of his ex parte motion, that the content of the Plan and Disclosure Statement was inadequate and he therefore determined that the case was to be dismissed. I suggest that Mr. Purcell may have usurped the judicial function of the Bankruptcy court. I would like this matter addressed within the appeal time period if the court can accommodate this request.

Thank you for your anticipated consideration

Respectfully yours,

BARBARUOLO & WEISKOPF, P.C.

Richard H. Weiskopf

RHW/
Cc: Kevin J. Purcell, Esq.