# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
KIM F. LEFEBVRE - CLERK

| **ALBANY DIVISION** | **SYRACUSE DIVISION** | **UTICA DIVISION** |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | P.O. BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NY 13261-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax (315) 295-1655 |  |

**REPLY:**

Date:

To:

From: Kim F. Lefebvre
Clerk of Court
By:_____
Deputy Clerk

RE:    Notice of Appeal filed on: _____

Case Name:_____

Case Number:_____  Adversary Number:_____

Adversary Name:_____

You are hereby notified of the filing of a Notice of Appeal in the above-captioned case/proceeding. The Record on Appeal will be transmitted upon its completion pursuant to Fed. R. Bank. P. 8007(b).

The attorney of record is hereby notified that the actual items designated need to be submitted to the Bankruptcy Court in pdf format on a CD ROM.

By copy, parties to the appeal and the United States Trustee are provided with service of the Notice of Appeal pursuant to Fed. R. Bankr. P. 8004.

encl.

cc:    United States Trustee

O:R8004A(02/01/2010)