Official Form 17
(12/04)

# United States Bankruptcy Court

## Northern District Of New York

In re L & A Automotive Center, Inc,
      Debtor

Case No. 13-12544

Chapter 11

## NOTICE OF APPEAL

    L & A Automotive Center, Inc., the debtor appeals under 28 U.S.C.§ 158(a) from the judgment, order, or decree of the bankruptcy judge dismissing the case with prejudice entered on the docket in the main case on the 11th day of June, 2014.

    The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    William K. Harrington, United States Trustee, by Kevin Purcell, Esq 74 Chapel Street, Suite 200, Albany, NY 12207

Dated: June 24, 2014

Signed: _____
      Attorney for Appellant

Attorney Name: Richard H. Weiskopf

Address: 12 Cornell Road

          Latham, NY 12110

Telephone No (518) 782-9100