# BARBARUOLO & WEISKOPF, P.C.

### ATTORNEYS AT LAW

PAULA M. BARBARUOLO*
RICHARD H. WEISKOPF
JUSTIN D. MYERS

*ALSO ADMITTED IN CONNECTICUT

CARRIE A. SCHLEGEL, LEGAL ASSISTANT
APRIL BYERWALTERS, LEGAL ASSISTANT
LINDA J. DELMERICO, LEGAL ASSISTANT

July 1, 2014

Clerk,
U.S. Bankruptcy Court Northern District of New York
James T. Foley US Courthouse, Suite 330
445 Broadway
Albany, NY 1220

      **Re:**   **L&A Automotive Center Inc.**
               **Case No. 13-12544**

Dear Clerk:

     Please be advised that the Appeal filed by the Debtor on June 24, 2014 (Docket No. 68) is hereby withdrawn.

                          Respectfully yours,

                          BARBARUOLO & WEISKOPF, P.C.

                          By:

                          RICHARD H. WEISKOPF
                          **Email:** rweiskopf@bwlawpc.com

RHW/

cc:   Kevin Purcell, Attorney