**FILED**

JUL 0 2 2014

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**SO ORDERED.**

*/s/ 7/2/14*

**ROBERT E. LITTLEFIELD, JR.
CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
================================================================
IN RE:

                                                                        Bk. No. 13-12544

L&A AUTOMOTIVE CENTER, INC

                                                                       Chapter 11

                       Debtor.
================================================================



### ORDER VACATING COURT ORDER

**UPON THE AGREEMENT** of the Debtor and the office of the United States Trustee and the withdrawal of the Debtor of its appeal from the Order made by this Court on the 11th day of June, 2014, and upon the application of the debtor and the consent of the office of the United States Trustee and due deliberation having been had, it is hereby

**ORDERED**, the Order of this Court Dismissing this case made on the 11th day of June, 2014 (Docket No. 60) shall be and now is vacated and the case is reinstated, with all other orders previously entered in full effect.

###