# BARBARUOLO & WEISKOPF, P.C.
### ATTORNEYS AT LAW

PAULA M. BARBARUOLO*
RICHARD H. WEISKOPF
JUSTIN D. MYERS

CARRIE A. SCHLEGEL, LEGAL ASSISTANT
APRIL BYERWALTERS, LEGAL ASSISTANT
LINDA J. DELMERICO, LEGAL ASSISTANT

*ALSO ADMITTED IN CONNECTICUT

July 1, 2014

Clerk,
U.S. Bankruptcy Court Northern District of New York
James T. Foley US Courthouse, Suite 330
445 Broadway
Albany, NY 1220

**SO ORDERED.** *Pursuant to FRBP 8001(c)(X)*

*[signature]*  7/2/14

**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Re: **L&A Automotive Center Inc.**
**Case No. 13-12544**

Dear Clerk:

Please be advised that the Appeal filed by the Debtor on June 24, 2014 (Docket No. 68)
is hereby withdrawn.

Respectfully yours,

**FILED**

JUL 0 2 2014

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

BARBARUOLO & WEISKOPF, P.C.

By: *[signature]*
RICHARD H. WEISKOPF
Email: rweiskopf@bwlawpc.com

RHW/

cc: Kevin Purcell, Attorney

12 Cornell Road ♦ Latham ♦ New York 12110 ♦ (518) 782-9100 ♦ Fax (518) 782-9101