(1)

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _L&H Automotive Corba Inc_    Case No. _13-12544_
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _May 2014_    Date filed: _10-16-2013_

Line of Business: _Auto Repair_    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/_

Original Signature of Responsible Party

_Louis Holtzmacher President_

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |



Page 2

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?           ☐        ☒

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?           ☐        ☒

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?           ☐        ☒

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?           ☐        ☒

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?           ☐        ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX           ☐        ☒
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**  $ 26,519.15

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month           $ (- 191.78)

Cash on Hand at End of Month           $ 3635.00

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**  $ 3635.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**  $ 22884.15

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*           $ 26519.15

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*           $ 22884.15

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**  $ 3635.00

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES  $ _____0_____**

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES  $ _____0_____**

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _____5_____

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _____6_____

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____0_____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____0_____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____0_____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____0_____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:              $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:            $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:         $ _____

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

In Re: L & A AUTOMOTIVE CENTER, INC.                     Case #13-12544

Debtor                                                  Reporting Period - MAY 2014

## SCHEDULE OF CASH RECEIPTS & DISBURSEMENTS

| | |
|---|---:|
| CASH BEGINNING OF MONTH | ($191.78) |
| CAR SALES | 0 |
| TOWING | $18,677.52 |
| REPAIRS | $7,841.63 |
| TRANSFERS FROM DIP ACCOUNTS | 0 |
| **TOTAL RECEIPTS** | $26,519.15 |
| | |
| NET PAYROLL | $9,620.55 |
| PAYROLL TAXES | 0 |
| SALES TAX | 0 |
| INENTORY PURCHASES | $10,911.23 |
| INSURANCE | $139.00 |
| USED VEHICLES PURCHASED | 0 |
| TRANSFER FROM DIP ACCOUNTS | 0 |
| UTILITIES | $1,479.21 |
| ADVERTISING | 0 |
| IDENTIFIX | $159.00 |
| PROFESSIONAL FEES | $500.00 |
| US TRUSTEE QUARTERLY FEES | 0 |
| MISCELLANEOUS FEES | $49.00 |
| SYSTECHINTL. LLC | $26.16 |
| **TOTAL DISBURSEMENTS** | $22,884.15 |
| | |
| NET CASH FLOW | $3,635.00 |
| RECEIPTS LESS DISBURSEMENTS | $3,635.00 |
| | |
| CASH - END OF MONTH | $3,635.00 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | _____ |
|   LESS: TRANSFERS TO OTHER DEBTOR IN | |
|   POSSESSION ACCOUNTS | 0 |
|   PLUS: ESTATE DISBURSEMENTS MADE BY | 0 |
| OUTSIDE SOURCES (I.E. FROM ESCROW ACCTS.) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. | |
| TRUSTEE QUARTERLY FEES | _____ |