# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
KIM F. LEFEBVRE - CLERK

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | P.O. BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NY 13261-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax (315) 295-1655 |  |

REPLY: Albany

Date: 7/15/2014

Attorney for Debtor(s): Richard H. Weiskopf

DEBTOR(S): L&A Automotive Center, Inc.         Case No. 13-12544
                                                Chapter 11

Pursuant to Fed. R. Bankr. P. 2002(b), you are directed to send notice to creditors and all interested parties in the above case.

Please be advised that this order/notice MUST BE SERVED pursuant to Fed. R. Bankr. P. 2002(b).

Applications for attorney's fees should be filed promptly, so that a hearing can be noticed at the same time as the hearing on confirmation or notice of confirmation.

KIM F. LEFEBVRE
Clerk of Court

By: _____Dina M. McDonald_____
          Deputy Clerk

O:R2002A(02/01/2010)